U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
By:_____
                     DEP CLERK

UNITED STATES OF AMERICA

v.

FRANK TURNER

NO. 4:05CR 00196 -001  WRW
18 U.S.C. § 2113(a)&(d)
18 U.S.C. § 924(c)(1)
18 U.S.C. § 3571
18 U.S.C. § 3013

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about March 28, 2005, in the Eastern District of
Arkansas, the defendant

### FRANK TURNER

did aid and abet by Richard Gilliam, who is named but not charged
herein, in taking, by force and violence, and by intimidation, from
the persons and presence of Leanne Hogue, Diana Gaminde, and
Shirley Moore, money, namely approximately $6,023.00 in United
States currency belonging to and in the care, custody, control,
management and possession of Bank of Litte Rock, 10901 Rodney
Parham Road, Little Rock, Arkansas, the deposits of which were then
insured by the Federal Deposit Insurance Corporation, and in
committing such offense, Richard Gilliam did assault and put in
jeopardy the lives of Leanne Hogue, Diana Gaminde, and Shirley
Moore, by the use of a dangerous weapon, that is, a firearm, all in
violation of Title 18, United States Code, Sections 2113(a) and (d)
and Section 2.

1

## COUNT 2

On or about March 28, 2005, in the Eastern District of Arkansas, the defendant

### FRANK TURNER

did aid and abet Richard Gilliam, who is named but not charged herein, in using, carrying, and brandishing a handgun during and in relation to a crime of violence, to wit:   armed bank robbery as described in **Count 1** above, all in violation of **Title 18, United States Code, Section 924(c)(1) and Section 2.**

(END OF TEXT.   SIGNATURE PAGE ATTACHED)

2