PROB 12C
ED/AR (12/2012)
Case 4:05-cr-00196-BRW Document 47 Filed 11/10/14 Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 10 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CL

## United States District Court
### for the
### Eastern District of Arkansas
### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Frank Turner | Case Number: 4:05CR00196-01 BRW |

Name of Sentencing Judicial Officer: Honorable Billy Roy Wilson
United States District Judge

Original Offense: Aiding and Abetting Armed Bank Robbery

Date of Sentence: June 21, 2006

Original Sentence: 99 months Bureau of Prisons, 3 years supervised release, DNA testing, mandatory drug testing, substance abuse treatment, mental health treatment, financial disclosure, no new lines of credit, $6,023 restitution, and $100 special penalty assessment

Revocation: August 28, 2014; 74 days Bureau of Prisons, 2 years supervised release with 6 months in a residential re-entry program upon release from the Bureau of Prisons and abide by all the rules and regulations of the facility, DNA testing, substance abuse treatment, mental health treatment, financial disclosure, no new lines of credit, restitution of $5,692.62 and restitution may be suspended while the defendant is in college, as long as he does credible work

Type of Supervision: Supervised release
Date Supervision Commenced: September 26, 2014
Date Supervision Expires: September 25, 2016

| Mental Health Treatment Specialist: | Asst. U.S. Attorney: | Defense Attorney: |
|---|---|---|
| Selina M. Earsa | Linda B. Lipe | Latrece Gray |

### PETITIONING THE COURT

☐ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒ To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Special | The defendant shall participate, under the guidance and direction of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. Mr. Turner violated this condition when failed to report for group sessions at the Recovery Centers of Arkansas in Little Rock between the dates of October 7 through October 31, 2014. |

Prob 12C                                                                     -2-
Name of Offender:   Frank Turner                                    Case Number:   4:05CR00196-01 BRW

| 2 | Special | The defendant shall pay restitution in the amount of $5,692.62 Payments will be 10% of the defendant's gross monthly income. The interest requirement is waived.<br>Mr. Turner failed to make restitution payments since the commencement of his term of supervised release of September 26, 2014. |
|---|---|---|
| 3 | Special | Upon release from the release of the Bureau of Prisons, the defendant will reside and participate in a Residential Re-entry Center for a period of six months and abide by all rules and regulations of the facility.<br>On September 26, 2014, Mr. Turner entered the City of Faith in Little Rock, Arkansas. Mr. Turner violated this condition when he failed to comply with the rules and regulations of the residential reentry center facility as evidenced by a terminal report dated October 30, 2014. The terminal report reflected Mr. Turner failed to follow program rules as required by the City of Faith and he was discharged as a program failure. |

I declare under penalty of perjury that the foregoing is true and correct.

_____
Selina M. Earsa
Mental Health Treatment Specialist

Executed on    November 10, 2014

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Linda B. Lipe
Assistant U.S. Attorney

Executed on    11-10-14

_____
Approved by Supervising U.S. Probation Officer