**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs. 4:05-CR-00196-01-BRW

**FRANK TURNER**

**ORDER**

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 47). The Clerk's office is directed to issue a summons for the defendant, Frank Turner, and a Hearing on the Motion is set for **Tuesday, December 30, 2014 at 11:30 a.m.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, <u>**Courtroom #A401**</u>, Little Rock, Arkansas. Latrece Gray, Assistant Federal Public Defender, is appointed to represent Mr. Turner.

IT IS SO ORDERED this 13TH day of November, 2014.

/s/ BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE