**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**4:05-CR-00196-01-BRW**
vs.
**FRANK TURNER**

## ORDER RESETTING HEARING

The Clerk's office is directed to issue a summons for the defendant, Frank Turner, and a Hearing on the Motion for Revocation of Supervised is set for **Wednesday, October 7, 2015 at 10:00 a.m.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, **Courtroom #A401**, Little Rock, Arkansas.

IT IS SO ORDERED this 19th day of August, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE