FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 22 2016

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.                        NO. 4:05CR00196-001 BRW

FRANK TURNER
    Defendant,

WELSPUN
    Garnishee Defendant.

## AGREED FINAL ORDER IN GARNISHMENT

The parties, the United States of America, plaintiff; the judgment defendant, Frank Turner and the garnishee defendant, Welspun, agree and stipulate as follows:

1. Defendant's name is Frank Turner, Social Security Number, XXX-XX-6821, and his last known address is 11712 Pleasant Ridge Road, Apt. 509, Little Rock, Arkansas 72206.

Judgment was entered against the judgment defendant, Frank Turner in this action in the amount of $6,023.00. The total balance due on the judgment is $5,452.62 as of November 17, 2015.

The garnishee defendant, Welspun has in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, Tyrone R. Perkins.

2. The judgment defendant, Frank Turner, waives service of an Application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3295, and further waives his right to a hearing under the § 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

3. The garnishee defendant, Welspun, waives service of an application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

4. The judgment defendant, Frank Turner, agrees and stipulates that his wages are subject to garnishment under § 3205 of the Federal Debt collection Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

5. The parties therefore agree and stipulate to the entry of a Final Order in Garnishment against the non-exempt wages of judgment defendant, Frank Turner.

It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, Welspun, shall pay into the hands of the United States Attorney, **$50.00 per month** of judgment defendant's disposable earnings **until supervision expires. When supervision expires, the statutory 25% should be withheld** pursuant to 15 U.S.C. § 1673(a). **The United States will notify the garnishee when the 25% should be withheld.**

To calculate disposable earnings, subtract the following from wages, commissions and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. Arkansas Income Tax.

6. The parties further agree and stipulate that these sums are to be applied to the

judgment rendered in this cause in the sum of $6,023.00, upon which there is an unpaid balance of $5,452.62 as of November 17, 2015. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to:

> U.S. District Court Clerk

and mailed to:

> Clerk of the Court
> United States Courthouse
> 600 West Capitol, Suite A149
> Little Rock, Arkansas  72201

7. This order shall take effect after all prior orders in the garnishment have been satisfied.

Respectfully submitted,

Christopher R. Thyer
United States Attorney

By: _____
Stacey E. McCord
Assistant United States Attorney

X _____
Frank Turner
Judgment Defendant

_____
Welspun
Garnishee

APPROVED AND SO ORDERED this 22nd day of February, 2016.

_____
Billy Roy Wilson
Judge, United States District Court

Copies to

Stacey E. McCord
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1229
Little Rock, Arkansas 72203

Frank Turner
Judgment Defendant

Welspun
Tonya Meadows
Human Resources
19301 Frazier Pike
Little Rock, Arkansas  72206